# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Lisa Renee Gregg
December 8, 1963
1519 Harford Sq. Drive
Edgewood, MD 21040

(Full name, date of birth, identification #, address of petitioner,
**Plaintiff,**

v.

Sheriff Gahler
Sgt. Henry Marchesani
(Bel Air Police Dept.)
Harford County Government

(Full name and address of respondent)
**Defendant(s).**

Case No.: _____
*(Leave blank. To be filled in by Court.)*

FILED
LODGED
ENTERED
RECEIVED
JUN - 2 2025
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

      YES ☐   NO ☑

   B. If you answered YES, describe that case(s) in the spaces below.

      1. Parties to the other case(s):

         Plaintiff: _____

         Defendant(s): _____

      2. Court (if a federal court name the district; if a state court name the city or county):

         _____

Instructions&Form1983 (09/2019)                                                                Page 6 of 13

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

   _____

7. Date of Disposition: _____

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

      YES ☐     NO ☐

   1. If you answered YES:

      a. What was the result? _____

         _____

      b. Did you appeal? _____

         YES ☐     NO ☐

   2. If you answered NO to either of the questions above, explain why: I am not currently an inmate.

III. Statement of Claim
   (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

   On June 2, 2024 after attending my grandsons birthday party where I was assaulted by numerous people. I went to my son Kendall Lyons house in Edgewood Md. to tell him what had

   Cont'd See pages

Instructions&Form1983 (09/2019)                                                    Page 7 of 13

happened. I was inside of my vehicle and my son, Kendall Lyons was standing outside. Numerous officers approached us. Yelling, "get out of the car"! "Get down on the ground"! My son, Kendall Lyons was telling them, that he was home all day. They were yelling that he fits the description. The police had 2 big guns pointed at us, as we laid face down on the ground. I kept on telling them that I am the sole owner of the 2019 Jeep Grand Cherokee! They were saying that my vehicle belonged to my son Wesley Lyons Jr., who they alleged had committed a crime. As they were waiting for a warrant to search my son, Kendall Lyons house. My 7 yr. grandson was inside the house. My daughter in law told the police, that my grandson was inside the house and that he was scared! She kept asking them. Can they please let him come out the house? Awhile had passed before they finally let my grandson out. As they were searching my sons house. They put me in the back of a police cruiser. While waiting in the police cruiser. The police told me that, they were going to seize my 2019 Jeep Grand Cherokee. After what seemed like hours. I was first transported to the Harford County Southern Precinct and then transported to the Bel Air Police Department. While they had me in custody. The police busted down my door to my residence at 201 Windmille Pointe Ct. Unit 1D, Abingdon, MD 21009 and tore my house apart. Extensive damage was done to the door. They did not have any reason to come into my house. The alleged suspect doesn't live with me at my residence.

2.  At the Bel Air Police Dept. Sgt. Henry Marchesani presented me with my charging documents that he wrote up. He charged me with 3 felonies 1. 1st Degree Accessory After Fact Murder 2. 2nd Degree Accessory After Fact Murder 3. Access After the Fact. All made up charges by Sgt. Henry Marchesani. I had nothing to do with any crime. Also, the victim in the case was not murdered. At around, 1:30 a.m. on June 3, 2024. I was transported to the Harford County Detention Center.

When I arrived there. Sgt. Henry Marchesani asked me, who he could release my vehicle to? He said that he would be done with my vehicle 2 days later. I gave him my son, Kendall Lyons name and phone number. He did not call my son to release my vehicle to him. I was never able to get my vehicle back. Because this situation caused me to have a big tow bill. The tow bill at the time of my release was $2,800.00. I could not afford to get it out. I had to call the finance company to go to pick it up. When the finance company picked my vehicle up, it turned into a repossession.

3. I was booked at the Harford County Detention Center. Commissioner Tittle-Hughes held me on no bond. On the statement of probable cause document. She checked off, that she was releasing me on my own recognizance. But instead, said that I would be having a bond review on, June 4, 2024. I went for my bond review in front of Judge Tracey J Delp. My public defender had told the representative from the states attorney's office that the charges that I was charged with were not correct. The states attorney's office representive, said that he will be amending the charges at some point. He said, that he doesn't think that there is a charge of Accessory Attempted murder after the fact! But instead, Judge Delp kept me held on no bond. While I was in jail they moved me to maximum security. Because of being falsely accused. I was in jail for 23 days before they finally Nolle Prosequi my case. When I got out of jail on, June 25, 2024. I found out that I had lost my job. Before I was arrested. I was working at BSC America. They terminated me on June 3, 2024. All of the media coverage and my face being put all over television and the internet caused me to be terminated. Being falsely accused of a crime that I did not have any participation in, has really taken a toll on me! I have not found a steady job, yet. My mental health is not the same as it was before this incident happened.

## IV. Relief

(State briefly what you want the Court to do for you.)

I would like to be compensated for all the day's that I spent in jail, by being falsely accused. I would also like to be compensated for loosing my livelinood.

SIGNED THIS 28th day of May, 2025.

_Lisa Renee Gregg_
Signature of Plaintiff

Lisa Renee Gregg
Printed Name

1519 Harford Sq. Dr. Edgewood MD 21040
Address

443-735-0433
Telephone Number

llyons21@yahoo.com
Email Address